IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.    15-cv-01937-WYD

GLEN EDWARD SHAFFER,

    Plaintiff,

v.

CAROLYN COLVIN, Acting Commissioner of Social Security Social Security Administration,

    Defendant.

---

## ORDER

---

Upon consideration of Defendant's Unopposed Motion for Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) [ECF Doc. No. #17], and good cause appearing, it is hereby

ORDERED that the Commissioner's decision is REVERSED under sentence four of 42 U.S.C. § 405(g) and REMANDED to the Commissioner for further administrative proceedings, as follows:

On remand, the Appeals Council will remand the matter to an administrative law judge (ALJ) for further evaluation of the record and a new decision.   It is further

ORDERED that the Clerk of Court is directed to enter judgment.

Dated:   January 7, 2016

BY THE COURT:

*/s/ Wiley Y. Daniel*
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE