IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   15-cv-01937-WYD

GLEN EDWARD SHAFFER,

    Plaintiff,

v.

CAROLYN COLVIN, Acting Commissioner of Social Security Social Security Administration,

    Defendant.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order, filed on January 7, 2016, by the Honorable Wiley Y. Daniel, Senior United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that the Commissioner's decision is REVERSED under sentence four of 42 U.S.C. § 405(g) and REMANDED to the Commissioner for further administrative proceedings, as follows:

On remand, the Appeals Council will remand the matter to an administrative law judge (ALJ) for further evaluation of the record and a new decision.  It is further

ORDERED that Plaintiff shall have its costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment, and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado this 7th day of January, 2016.

                FOR THE COURT:

                JEFFREY P. COLWELL, CLERK

                */s/ Robert R. Keech*
                Robert R. Keech,
                Deputy Clerk