**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:15-cv-01937-WYD

GLEN EDWARD SHAFFER,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

**ORDER**

    Upon stipulation by the parties, it is hereby

    ORDERED that Plaintiff is awarded $2,305.19 in attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.   It is further ordered that if, after receiving the Court's EAJA fee order, the Commissioner (1) determines that Plaintiff has assigned the EAJA fees to his attorney, (2) determines upon effectuation of the Court's EAJA fee order that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, and (3) agrees to waive the requirements of the Anti-Assignment Act, the fees will be made payable to Plaintiff's attorney.   However, if there is a debt owned under the Treasury Offset Program, the Commissioner cannot agree to waive the requirements of the Anti-Assignment Act, and the remaining EAJA fees after offset will be paid by a check made out to Plaintiff but delivered to Plaintiff's attorney.

Dated: March 31, 2016

BY THE COURT:

*/s/ Wiley Y. Daniel*
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE

Submitted by:

For Plaintiff:

*/s/ Michael W. Seckar*[1]
MICHAEL W. SECKAR
402 W. 12th Street
Pueblo, CO 81003
(719) 543-8636

For Defendant:

JOHN F. WALSH
United States Attorney
District of Colorado

J. BENEDICT GARCÍA
Assistant United States Attorney
District of Colorado

By: */s/ Narissa C. Webber*
NARISSA C. WEBBER
Special Assistant United States Attorney
Social Security Administration
Office of the General Counsel
1961 Stout Street, Suite 4169
Denver, CO 80294-4003
Phone: (303) 844-3481
Fax: (303) 844-0770
Email: narissa.webber@ssa.gov

Of Counsel:
John Jay Lee, Regional Chief Counsel, Region VIII

---

[1] Electronically signed by Narissa Webber with consent of Plaintiff's counsel.